1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2799

5  Attorneys for the United States

**FILED**

APR 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $658,830.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:11-CV-00967-MCE-KJN<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on April 11, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $658,830.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Task Force Officer David Stevenson, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or

1 | Maritime Claims and Asset Forfeiture Actions;

2 |     IT IS HEREBY ORDERED that the Clerk for the United States District

3 | Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In*

4 | *Rem* for the defendant currency.

5 | Dated: April 12, 2011

                                                             CRAIG M. KELLISON
                                                             United States Magistrate Judge

1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2799

5  Attorneys for the United States

6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,       )   2:11-CV-00967-MCE-KJN
12 |         Plaintiff,              )   **WARRANT FOR ARREST OF**
   |                                 )   **ARTICLES *IN REM***
13 |    v.                           )
14 | APPROXIMATELY $658,830.00 IN    )
   | U.S. CURRENCY,                  )
15 |                                 )
   |         Defendant.              )
16 |_____)

17       TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF
18  CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW
19  ENFORCEMENT OFFICER:
20       WHEREAS, a verified complaint of forfeiture has been filed on April 11,
21  2011, in the United States District Court for the Eastern District of California,
22  alleging that the defendant Approximately $658,830.00 in U.S. Currency (hereafter
23  "defendant currency") is subject to forfeiture to the United States pursuant to 21
24  U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;
25       WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or
26  Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that
27  when the United States files a complaint demanding a forfeiture for violation of a
28  federal statute, the clerk must issue a warrant to arrest the property if it is in the

1 government's possession, custody, or control. The defendant currency is in the
2 custody of the U.S. Marshals Service for the Eastern District of California;
3      WHEREAS, in addition, United States Magistrate Judge Craig M. Kellison
4 has ordered that the Clerk for the United States District Court, Eastern District of
5 California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant
6 currency based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of
7 Drug Enforcement Administration Task Force Officer David Stevenson, stating that
8 there is probable cause to believe that the defendant currency so described
9 constitutes property that is subject to forfeiture for such violation(s);
10      YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the
11 defendant currency, and use discretion and whatever means appropriate to protect
12 and maintain said defendant currency; and
13      IT IS FURTHER ORDERED that you shall provide notice of this action to all
14 persons thought to have an interest in or claim against the defendant currency by
15 serving upon such persons a copy of this warrant and a copy of the Verified
16 Complaint for Forfeiture *In Rem* in a manner consistent with the Supplemental
17 Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This
18 warrant provides notice that in order to avoid forfeiture of the defendant currency,
19 any person claiming an interest in, or right against, the property must file a
20 verified claim, signed under penalty of perjury, identifying the interest in, or right
21 against, the property in the manner set forth in Rule G(5)(a) of the Supplemental
22 Rules, Federal Rules of Civil Procedure, except that in no event may such claim be
23 filed later than 35 days after the date notice of the forfeiture action and a copy of
24 the complaint was sent or, as applicable, 60 days after the first day of publication
25 on the official internet government forfeiture site www.forfeiture.gov posting the
26 notice of forfeiture action. In addition, any person having filed such a claim must
27 also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ.
28 P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof

1 | sent to Assistant U.S. Attorney David T. Shelledy, 501 I Street, Suite 10-100,
2 | Sacramento, CA 95814.
3 |     IT IS FURTHER ORDERED that, promptly after execution of this process,
4 | you shall file the same in this Court with your return thereon, identifying the
5 | individuals upon whom copies were served and the manner employed.
6 | Dated: APR 1 2 2011 , 2011    VICTORIA C. MINOR, Clerk

C. READER

By: _____
Deputy Clerk
United States District Court
Eastern District of California