BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2799

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $658,830.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:11-CV-00967-MCE-KJN<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

　　The United States applies for an order of publication as follows:

　　1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

　　2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

　　3. The defendant Approximately $658,830.00 in U.S. Currency (hereafter "defendant currency") was seized in the city of West Sacramento, in Yolo County, California. The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant currency on August 13, 20 and 27, 2010, in *The Wall Street Journal*.

1     4.    The United States proposes that publication be made as follows:

2         a.    One publication;

3         b.    Thirty (30) consecutive days;

4         c.    On the official internet government forfeiture
5 site www.forfeiture.gov;

6         d.    The publication is to include the following:

7             (1)    The Court and case number of the action;

8             (2)    The date of the seizure/posting;

9             (3)    The identity and/or description of the property
10 seized/posted;

11             (4)    The name and address of the attorney for the United
12 States;

13             (5)    A statement that claims of persons entitled to possession
14 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
15 Court and served on the attorney for the United States no later than 60 days after
16 the first day of publication on the official internet government forfeiture site; and

17             (6)    A statement that answers to the Complaint or a motion
18 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  filed and served within 21 days after the filing of the claims and, in the absence
2  thereof, default may be entered and condemnation ordered.

3  Dated: 4/11/11                                    BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By: /s/ David T. Shelledy
                                                     DAVID T. SHELLEDY
                                                     Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE