IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | No. 2:11-cv-0967 MCE KJN (TEMP) PS |
| vs. | | |
| APPROXIMATELY $658,830.00<br>IN U.S. CURRENCY, | | |
| | Defendant. | ORDER |
| ROBERT GIBSON, | | |
| | Claimant. | |
| _____/ | | |

      Noticed for hearing on August 4, 2011, before the undersigned is plaintiff's motion to strike the claim and answer of Robert D. Gibson pursuant to Rule G(8)(c)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The claimant has filed an opposition. Because the claimant is incarcerated, the matter will be submitted on the papers.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The hearing date of August 4, 2011 is vacated.

////

2. Reply, if any, to the opposition shall be filed no later than July 28, 2011. The matter shall thereafter stand submitted.

DATED: July 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

usa-658currency.sub