IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. 2:11-cv-00967 MCE KJN PS |
|     v. | |
| APPROXIMATELY $658,830.00 IN U.S. CURRENCY, | |
|     Defendant. | ORDER |

Presently pending before the court is claimant Robert D. Gibson's request for appointment of limited copy service aid from the Federal Public Defender's Office (Dkt. No. 109) and his request for judicial notice regarding "Misleading Government Declarations" and a "Letter From Elliot Shakin 8/17/12)" (Dkt. No. 110), both filed on August 29, 2012.  However, on September 25, 2012, the district judge adopted the undersigned's findings and recommendations issued on August 6, 2012, and granted the United States's motion to strike Mr. Gibson's claim and answer for failing to comply with Supplemental Rules G(5) and G(6), or alternatively, for summary judgment.  (Dkt. No. 111.)

Therefore, the district judge having granted summary judgment to the United States and stricken Mr. Gibson's claim against the defendant property, IT IS HEREBY

1

1  ORDERED that Mr. Gibson's above-mentioned requests (Dkt. Nos. 109, 110) are DENIED AS
2  MOOT.
3  DATED: September 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE