1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11             Plaintiff,                    No. 2:11-cv-00967 MCE KJN PS

12        v.

13   APPROXIMATELY $658,830.00 IN
     U.S. CURRENCY,

14

15             Defendant.                    ORDER
     _____/

16

17             Presently pending before the court is claimant Robert D. Gibson's request for

18   appointment of limited copy service aid from the Federal Public Defender's Office (Dkt. No.

19   109) and his request for judicial notice regarding "Misleading Government Declarations" and a

20   "Letter From Elliot Shakin 8/17/12)" (Dkt. No. 110), both filed on August 29, 2012.  However,

21   on September 25, 2012, the district judge adopted the undersigned's findings and recommenda-

22   tions issued on August 6, 2012, and granted the United States's motion to strike Mr. Gibson's

23   claim and answer for failing to comply with Supplemental Rules G(5) and G(6), or alternatively,

24   for summary judgment.  (Dkt. No. 111.)

25             Therefore, the district judge having granted summary judgment to the United

26   States and stricken Mr. Gibson's claim against the defendant property, IT IS HEREBY

1

1 ORDERED that Mr. Gibson's above-mentioned requests (Dkt. Nos. 109, 110) are DENIED AS

2 MOOT.

3 DATED: September 25, 2012

4

5 _____

6 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2