BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-00967-MCE-KJN |
| Plaintiff, | ) | FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| APPROXIMATELY $658,830.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

The Court finds as follows:

1. This is a civil forfeiture action against Approximately $658,830.00 in U.S. Currency (hereafter "defendant currency") seized on October 8, 2010, at 1380 Shore Street, West Sacramento, California.

2. The United States filed a Verified Complaint for Forfeiture *In Rem* on April 11, 2011, alleging that the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On April 12, 2011, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on April 13, 2011.

///

///

///

Final Judgment of Forfeiture

4.  Beginning on April 16, 2011, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration for Publication was filed on May 20, 2011.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

        a.     Robert D. Gibson
        b.     Josh Howell
        c.     Jason Howell
        d.     Jason Howie
        e.     Jeff Howell
        f.     James Medina

6.  Claimant Robert D. Gibson filed a claim to the defendant currency and an answer to the Complaint on April 21, 2011.  Robert D. Gibson filed an amended claim and answer on May 11 and 24, 2011.  No other parties have filed claims or answers in this matter, and the time for filing such claims and answers has expired.

7.  The Clerk of the Court entered Clerk's Certificates of Entry of Default against Josh Howell, Jason Howell, Jason Howie, Jeff Howell, and James Medina on June 21, 2011, August 18, 2011, and August 22, 2011.

8.  The United States moved to strike Robert D. Gibson's claim and answer for failing to comply with Supplemental Rules G(5) and G(6), or alternatively, for summary judgment.  By order filed on September 25, 2012, the Court granted the United States' motion to strike Robert D. Gibson's claim and answer for failing to comply with Supplemental Rules G(5) and G(6), and for summary judgment.  A copy of the order filed September 25, 2012 is attached hereto as Exhibit A and is incorporated herein by this reference.

///

///

///

Final Judgment of Forfeiture

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  Judgment is hereby entered against claimant Robert D. Gibson and all other potential claimants who have not filed claims in this action.

2.  A final judgment of forfeiture is hereby entered in favor of the United States and against the defendant Approximately $658,830.00 in U.S. Currency.

3.  All right, title, and interest of Robert D. Gibson in the defendant Approximately $658,830.00 in U.S. Currency, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.  The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.

5.  All parties are to bear their own costs and attorneys' fees.

6.  The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:  October 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Final Judgment of Forfeiture

3